IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARRELL JONES,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | CIVIL NO.  05-405-GPM |
| vs. ) | |
| ) | CRIMINAL NO.  01-30154-GPM |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

# ORDER

**MURPHY, Chief District Judge:**

After dismissing this action as barred by the waiver provisions in the plea agreement (Doc. 7), this Court denied two separate motions to vacate judgment (*see* Docs. 10, 12, 13, 14). The Court then denied Petitioner's motion for leave to proceed *in forma pauperis* on appeal and declined to issue a certificate of appealability (Docs. 19, 26); the Seventh Circuit Court of Appeals followed suit (*see* Doc. 28). Undeterred, Petitioner now has filed a third motion for relief from judgment (Doc. 30). In this latest motion, Petitioner attempts, once again, to raise the claims presented in his original motion, even though this Court and the Seventh Circuit have found his plea agreement to be knowing and voluntary. Without further discussion, this motion is **DENIED**.

**IT IS SO ORDERED.**

DATED:  04/20/07

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge