IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DARRELL JONES,** | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | **CIVIL NO. 05-405-GPM** |
| vs. | ) | |
| | ) | **CRIMINAL NO. 01-30154-GPM** |
| **UNITED STATES of AMERICA ,** | ) | |
| | ) | |
| Respondent/Plaintiff. | ) | |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on yet another motion challenging the Court's dismissal of this action (Doc. 32) and a motion to supplement that motion (Doc. 33). This Court already has denied three motions to reconsider (*see* Docs. 12, 19, 31), and the Seventh Circuit Court of Appeals has denied Petitioner a certificate of appealability (*see* Doc. 28). The current motions (Docs. 32, 33) are **DENIED**. The Clerk of Court is **DIRECTED** to return unfiled any further motions submitted by Petitioner challenging the dismissal of this action.

**IT IS SO ORDERED.**

DATED: 06/04/07

s/ G. Patrick Murphy
G. Patrick Murphy
Chief United States District Judge